IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MICHAEL SAXTON EVANS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:10-CV-146 (WLS) |
| | : | |
| SHERIFF KEVIN SPROUL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed January 23, 2012. (Doc. 18). It is recommended that Defendant's Motion for Summary Judgment (Doc. 13) be granted. (Doc. 18 at 1).

The Report and Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (*Id.* at 7). The period for objections expired on Monday, February 6, 2012; no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 18) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion for Summary Judgment is **GRANTED**.

**SO ORDERED**, this 13th day of February, 2012.

                                              S/ W. Louis Sands

                                        **THE HONORABLE W. LOUIS SANDS,**
                                        **UNITED STATES DISTRICT COURT**

1